PHILLIP A. TALBERT
United States Attorney
CODY CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED FILED**

FEB 08 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHAWN VAN DIXON<br><br>　　　　　Defendant. | CASE NO. 1:24-cr-00036 NODJ-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 8, 2024 charging the above defendant with violations of 18 U.S.C. § 2115 – Burglary of United States Post Office; 18 U.S.C. § 1708 – Possession of Stolen Mail; 18 U.S.C. § 1704 – Unlawful Possession of Postal Service Keys; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto,

///

1 | except when necessary for the issuance and execution of the warrants.

4 | DATED: February 8, 2024          Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ CODY CHAPPLE
CODY CHAPPLE
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 8, 2024

ERICA P. GROSJEAN
U.S. Magistrate Judge