PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHAWN VAN DIXON,<br><br>　　　　　　　Defendants. | CASE NO. 1:24-CR-00036-NODJ-BAM<br><br>**MOTION TO UNSEAL AND ORDER** |

**MOTION TO UNSEAL**

The government moves the Court to unseal the Indictment in this case. Defendant Shawn Van Dixon was arrested and is scheduled to make his initial appearance on February 9, 2024, in this Court. The United States therefore requests that this case be unsealed along with the arrest warrants.

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: February 9, 2024

　　　　　　　　　　　　　　　　　　　　　　*/s/ Cody Chapple*
　　　　　　　　　　　　　　　　　　　　　　Cody Chapple
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

1

**ORDER**

Upon motion by the United States of America and for good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and the case be UNSEALED.

IT IS SO ORDERED.

Dated: __**February 9, 2024**__                    /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE