PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00036-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |
| SHAWN VAN DIXON, | |
| Defendant. | |

The parties stipulate as follows:

1. The indictment was filed in this district on February 8, 2024, and the defendant had his arraignment and plea on indictment the following day. After ordering defendant detained on February 15, 2024, the Court scheduled a status conference on March 13, 2024, and excluded time through that date. The government produced initial discovery on February 13, 2024, and supplemental discovery on February 28, 2024.

2. On February 28, 2024, the defendant filed a Motion to Revoke the Detention Order and the hearing is set for March 18, 2024.

3. Now, the parties agree to continue the status conference from March 13, 2024, to May 22, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4.       The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from March 13, 2024, through May 22, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  March 7, 2024                                       PHILLIP A. TALBERT
                                                                                  United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  March 7, 2024                                       */s/ Adilene Flores Estrada*
                                                                                  Adilene Flores Estrada
Counsel for Shawn Van Dixon

# ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from March 13, 2024, until **May 22, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from March 13, 2024, through May 22, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **March 7, 2024**                    /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

3