PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00036-JAM-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME; ORDER** |
| SHAWN VAN DIXON, | |
| Defendant. | |

The parties stipulate as follows:

1. The indictment was filed in this district on February 8, 2024, and the defendant had his arraignment and plea on indictment the following day. After ordering defendant detained on February 15, 2024, the Court scheduled a status conference on March 13, 2024, and excluded time through that date. The government produced initial discovery on February 13, 2024, and supplemental discovery on February 28, 2024, and March 14, 2024. The Court has continued the status conference and excluded time to September 11, 2024.

2. On March 18, 2024, the government made a plea agreement offer. On August 22, 2024, the parties signed and filed a Plea Agreement. ECF 34.

3. Now, the parties have met and conferred and agreed to set a change of plea hearing in this case before the district court on October 8, 2024, at 9:00 am. This date was cleared with the court's clerk.

1

4. The parties further agree that the interests of justice served by setting the change of plea hearing and vacating the September 11, 2024, status conference outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from September 11, 2024, through October 8, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: August 23, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: August 23, 2024

*/s/ Adilene Flores Estrada*
Adilene Flores Estrada
Counsel for Shawn Van Dixon

# ORDER

The Court has read and considered the parties' stipulation to vacate the status conference, set a change of plea hearing, and exclude time.

Therefore, for good cause shown:

1. The status conference set on September 11, 2024, is **VACATED**.

2. A change of Plea Hearing is hereby **SET** for **October 08, 2024, at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

3. The period from September 11, 2024, through October 8, 2024, shall be **EXCLUDED** pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 23, 2024             /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE