PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00036-JAM-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE THE SENTENCING HEARING; ORDER** |
| SHAWN VAN DIXON, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant in this district on February 8, 2024, and the defendant appeared for his initial appearance. The defendant was detained and remains in custody.

2. On August 22, 2024, the parties signed and filed a Plea Agreement. [ECF 34.] On October 8, 2024, the defendant pled guilty to Count 1 and the Court set the sentencing hearing on January 28, 2025. [ECF 37.] On December 6, 2024, the Court issued a minute order advancing the hearing to January 21, 2025. [ECF 40.]

3. Now, the parties have met and conferred and agreed to continue the January 21, 2025, sentencing hearing to March 25, 2025, to allow probation to file a final presentence report and to allow

///

1

1 defense time to review the report and prepare for the hearing.

2         IT IS SO STIPULATED.

| Dated:  January 13, 2025 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | */s/ Cody Chapple*<br>Cody Chapple<br>Assistant United States Attorney |
| Dated:  January 13, 2025 | */s/ Adilene Flores Estrada*<br>Adilene Flores Estrada<br>Counsel for Shawn Van Dixon |

# ORDER

The Court has read and considered the parties' stipulation to continue the sentencing hearing. Therefore:

1. The sentencing hearing set for January 21, 2025, is **VACATED**.

2. The sentencing hearing is hereby **CONTINUED** and **SET** for **March 25, 2025, at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: January 14, 2025            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE