Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for SHAWN VAN DIXON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:24-cr-00036-JAM-BAM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT OF ADILENE FLORES ESTRADA AS ATTORNEY OF RECORD (ECF No. 52)** |
| SHAWN VAN DIXON, | |
| Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

On February 9, 2024, Defendant, Shawn Van Dixon, was indicted on federal charges.  CJA Panel Attorney Adilene Flores Estrada was appointed as trial counsel to represent Ms. Van Dixon in her criminal case.  Ms. Van Dixon was sentenced Pursuant to a plea agreement on 03/25/2025.  The 14 days to file a notice of direct appeal is over.  No direct appeal was filed.  Ms. Van Dixon was in custody at sentencing.  Having completed her representation of Ms. Van Dixon, CJA attorney Adilene Flores Estrada, now moves to terminate her appointment under the Criminal Justice Act.

Should Ms. Van Dixon require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

(1)

Dated: 05/27/2025                                    Respectfully submitted,

/s/ Adilene Flores Estrada
ADILENE FLORES ESTRADA
Attorney for Defendant
SHAWN VAN DIXON

## ORDER

Having reviewed the notice and found that attorney Adilene Flores Estrada has completed the services for which she was appointed, the Court hereby grants attorney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Shawn Van Dixon
Register Number: 98958-510
Victorville USP
13777 AIR Expressway Blvd.
Victorville, CA 92394

**IT IS SO ORDERED.**

Dated: May 27, 2025                        /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE